RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Mario Latrevious Johnson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO LATREVIOUS JOHNSON,<br><br>Defendant. | Case No.: 2:10-cr-268-HDM-PAL<br><br>**ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER** |

Presently before the court is the matter of U.S. v. MARIO LATREVIOUS JOHNSON.

On May 10, 2013, this court held a hearing for revocation of supervised release as to defendant MARIO LATREVIOUS JOHNSON("Mr. Johnson"). The Court agreed to modify Mr. Johnson's supervision to include his residence in the residential re-entry center for three months (90 days).

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant MARIO LATREVIOUS JOHNSON reside in a residential re-entry center/Half-way House for three months (90 days).

DATED: ___5/10___ May, 2013

_____
UNITED STATES DISTRICT JUDGE

1